1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant FAALANTAINA
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,      )  No. CR-05-0140 WHA
                                   )
12 |              Plaintiff,        )  STIPULATION AND [PROPOSED]
                                   )  ORDER TERMINATING SUPERVISED
13 |         v.                    )  RELEASE
                                   )
14 | JANE FAALANTAINA,              )
                                   )
15 |              Defendant.        )
   |_____)
16

17       On September 27, 2005, defendant Jane Faalantaina was sentenced to 5 years in custody

18 and four years of supervised release for violating 21 U.S.C. Section 841(a)(1), Possession with

19 Intent to Distribute Cocaine, and 21 U.S.C. Section 846, Conspiracy to Distribute Cocaine. Ms.

20 Faalantaina completed her term in custody and commenced her term of supervised release on

21 September 18, 2009. Having successfully completed more than two years of supervised release,

22 Ms. Faalantaina now seeks early termination of her supervised release. The government has no

23 opposition to this request.

24 ///

25 ///

26 ///

*US v.Faalantaina,* CR-05-0140 WHA;
STIP & [PROPOSED] ORD.              1

Under 18 U.S.C. Section 3583(e), the Court has authority to grant early termination of a previously imposed term of supervised release. Section 3583(e)(1) provides:

> (e) Modification of conditions or revocation.– The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –
>> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1). Pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(C), the Court may grant early termination without a hearing in a case such as this where the defendant waives a hearing, the relief sought is favorable to the defendant and the government does not object after notice.

According to U.S. Probation Officer Christopher Taylor, Ms. Faalantaina has done a remarkable job during the last two years of her supervised release. She is gainfully employed as an Employment Counselor at Community Vocational Enterprises, where she assists individuals on social security and disability in securing employment. She has been so employed for approximately 18 months. She has secured housing, has regained custody of her two young children and is an active and involved parent to her children, she has removed herself from the negative relationships she had in the past, and overall is living a productive, positive and law-abiding life. She has paid her special assessment, and successfully completed all of the terms and conditions of her supervision.

Ms. Faalantaina has performed exceptionally well on supervised release. Thus, having successfully completed more than two years of supervised release, Ms. Faalantaina requests early termination of her supervised release. Ms. Faalantaina waives her right to a hearing on this matter and requests that the Court grant the parties' stipulation without hearing.

///

1  Based on Ms. Faalantaina's successful performance on supervised release, the parties hereby jointly stipulate and request that this Court terminate her supervised release forthwith pursuant to 18 U.S.C. Section 3583(e). Should the Court have any questions about Ms. Faalantaina's performance on supervised release, the parties have no objection to the Court contacting USPO Christopher Taylor directly.

IT IS SO STIPULATED.

| January 3, 2012 | /s/ |
|---|---|
| DATED | KAREN BEAUSEY |
| | Assistant United States Attorney |

| January 3, 2012 | /s/ |
|---|---|
| DATED | JODI LINKER |
| | Assistant Federal Public Defender |

## [PROPOSED] ORDER

For good cause shown, and based on the stipulation of the parties, the Court ORDERS that defendant Jane Faalantaina's term of supervised release is hereby terminated pursuant to 18 U.S.C. Section 3583(e).

IT IS SO ORDERED.

Dated: January 4, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE